ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 MAR 24 A 9 36

CLERK C Delcaus
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DESI LEE HYMAN JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 313-072 |
| ) | |
| IRA STRICKLAND, Captain, Prison ) | |
| Guard Telfair State Prison, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed (doc. no. 20). The Magistrate Judge recommended dismissal of Plaintiff's amended complaint without prejudice for failure to exhaust administrative remedies because he did not appeal the denial of his formal grievance to the Office of the Commissioner, as required by the applicable Georgia Department of Corrections Standard Operating Procedures, see SOP IIB05-0001 § VI. (Doc. no. 18.)

Nothing in Plaintiff's objections provide any reason to depart from the Magistrate Judge's ultimate recommendation that Plaintiff's amended complaint be dismissed without prejudice for failure to exhaust administrative remedies. However, it is now clear from Plaintiff's objections that he failed to complete the exhaustion process at an even earlier step, the informal grievance step. (Doc. nos. 20, 21.) For the first time, Plaintiff provided a copy of his informal grievance in a filing accompanying his objections. (See doc. no. 21.) This

informal grievance is dated May 14, 2013, and is thus untimely because it was submitted more than five months after the events allegedly occurred rather than within ten days as required by the Standard Operating Procedures, see SOP IIB05-0001 §§ VI (B)(13). (Id. at 4-6.) For this reason, prison officials rightfully rejected the informal grievance as untimely. (Id. at 4.) Because Plaintiff did not complete the first step of the administrative grievance process, he did not properly exhaust his administrative remedies. Woodford v. Ngo, 548 U.S. 81, 93 (2006); Williams v. Williams, 6:13-CV-16, 2013 WL 6210642, *4 (S.D. Ga. Nov. 27, 2013) (dismissing plaintiff's complaint for his failure to comply with the informal grievance step).

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's amended complaint is **DISMISSED** without prejudice for failure to exhaust administrative remedies and this civil action is **CLOSED.**[1]

SO ORDERED this 24th day of March, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] As the Court has concluded that Plaintiff's amended complaint is dismissed without prejudice for failure to exhaust administrative remedies and the case is closed, his motion to proceed is **DENIED AS MOOT**, (doc. no. 21.)

2